JOHN H. SQUIRES

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUGUST ASSOCIATES INC | § | Case No. 06-17410 SQU |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
### CLERK OF BANKRUPTCY COURT
### KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on  in Courtroom 4016,
United States Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>02/18/2010</u>          By: <u>CLERK OF BANKRUPTCY COURT</u>

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re: §
§
AUGUST ASSOCIATES INC §     Case No. 06-17410 SQU
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,820.53 |
| *and approved disbursements of* | $ | 19.93 |
| *leaving a balance on hand of*[1] | $ | 6,800.60 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GINA B. KROL* | $    1,432.05 | $    0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 500.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000009 | Internal Revenue Service | $            500.00 | $            500.00 |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 100,466.53  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | CIT Technology Financing | $ 4,706.84 | $ 228.09 |
| 000002 | Elgin Printing | $ 4,523.75 | $ 219.22 |
| 000003 | Federation of Societies for Coating | $ 2,132.65 | $ 103.35 |
| 000004 | Canon Communications | $ 850.00 | $ 41.19 |
| 000005 | William A. Bloink | $ 72,144.28 | $ 3,496.07 |
| 000006 | Gardner Publications | $ 2,380.00 | $ 115.33 |
| 000007 | Corporate Disk Company | $ 2,837.01 | $ 137.48 |
| 000008 | Thomas Publishing Company | $ 10,392.00 | $ 503.59 |
| | Internal Revenue Service | $ 500.00 | $ 24.23 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL _____

Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal               Page 1 of 2          Date Rcvd: Mar 25, 2010
Case: 06-17410               Form ID: pdf006              Total Noticed: 44

The following entities were noticed by first class mail on Mar 27, 2010.
```
db          +August Associates, Inc.,    1470 Cantigny Way,   Wheaton, IL 60189-7129
aty         +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,    Chicago, IL 60602-4600
aty         +Linda M Kujaca,   P.O. Box 254,   Wood Dale, IL 60191-0254
aty         +Sarah L Poeppel,   Sarah L Poeppel,   608 S Washington St Ste 207,    Naperville, IL 60540-6657
tr          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
11088014     AT&T Wireless,   P.O. Box 8220,   Aurora, IL 60572-8220
11088012    +Anderson Digital Services,   161 E. St. Charles Road,   Carol Stream, IL 60188-2081
11088013    +Associated Business Equipment,   550 North Commons, #102,   Aurora, IL 60504-4193
11088015     AutoIntermediates, Ltd.,   Abinger House, Church Street,   Dorking, Surrey,
             RH4 1DF         United Kingdom
11132889    +CIT Technology Financing,    Weltman, Weinberg and Reis, Co,   175 S. Third St Suite 900,
             Columbus, OH 43215-5177
11088016     Canon Communications,   Dept. LA 22178,   Pasadena, CA 91185-2178
11088017     Capital One,   Bankruptcy Dept.,   P.O. Box 85167,   Richmond, VA 23285-5167
11088018    +Chicago Title Land Trust Company,   181 W. Madison St., 17th Floor,   Chicago, IL 60602-4694
11088019    +Cingular,   c/o Bureau of Collection Recovery,   7575 Corporate Way,
             Eden Prairie, MN 55344-2022
11088021    +Corbis Images,   13159 Collections Center Drive,   Chicago, IL 60693-0001
11088022     Corporate Disk Company,   P.O. Box 88491,   Chicago, IL 60680-1491
11088023    +Covad,   110 Rio Robles,   San Jose, CA 95134-1813
11088024     Direct Industry.com,   7 Avenue Roussin,   13016 Marseille,   France
11088025    +Elgin Printing,   1436 Davis Road,   Elgin, IL 60123-1322
11088026    +Federation of Societies for Coating,   492 Norristown Road,   Blue Bell, PA 19422-2339
11088027     Fort Dearborn Life Insurance,   36788 Eagle Way,   Chicago, IL 60678-1367
11088028    +Gardner Publications,   6915 Valley Avenue,   Cincinnati, OH 45244-3153
11088029    +Gettyimages,   P.O. Box 953604,   Saint Louis, MO 63195-3604
11088030    +Global Com,   4070 Paysphere Circle,   Chicago, IL 60674-0040
11088031    +Graphic Arts Services,   333 W. St. Charles Road,   Villa Park, IL 60181-2451
11088032     IDES, Northern Region,   260 East Indian Trail Road,   Aurora, IL 60505-1733
11088035    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO Box 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114)
11088033     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
11088034    +Ink World,   70 Hilltop Road, 3rd Floor,   Ramsey, NJ 07446-1155
11088036    +Lightcraft Graphics,   1269 Rand Road,   Des Plaines, IL 60016-3402
11088037    +M & J Wilkow, Ltd.,   180 N. Michigan Avenue,   Suite 200,   Chicago, IL 60601-6003
11088038     Office Depot,   P.O. Box 9020,   Des Moines, IA 50368-9020
11088039     Orbus,   1745 N. Kolmar,   Chicago, IL 60639
11088040    +Paper Loop,   4 Alfred Circle,   Bedford, MA 01730-2340
11088041    +Penton Media, Inc.,   2105 Reliable Parkway,   Chicago, IL 60686-0001
11088042    +Putman Media, Inc.,   555 W. Pierce Rd.,   Itasca, IL 60143-2626
11088043    +Reed Business Information,   225 Wyman Street,   Waltham, MA 02451-1216
11374683     Sprint PCS,   c/o Receivables Performance Mgmt.,   POB 768,   Bothell, WA 98041-0768
11088044    +Thomas Publishing Company,   Five Pen Plaza,   New York, NY 10001-1860
11088045     United Express Systems,   P.O. Box 1628,   Aurora, IL 60507-1628
11088046    +Virtual Press Office,   94 Valley Road,   Montclair, NJ 07042-2211
11088047     Westfield Companies,   P.O. Box 9001566,   Louisville, KY 40290-1566
11088048    +William A. Bloink,   1470 Cantigny Way,   Wheaton, IL 60189-7129
```

The following entities were noticed by electronic transmission on Mar 25, 2010.
```
11088020    +E-mail/Text: citjaxbankruptcy@cit.com                    CIT Technology Financial Services,
             4600 Touchtown Road East,   Bldg. 100, Suite 300,   Jacksonville, FL 32246-8299
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1          User: corrinal          Page 2 of 2          Date Rcvd: Mar 25, 2010
Case: 06-17410               Form ID: pdf006          Total Noticed: 44

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2010**                    **Signature:**