# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUGUST ASSOCIATES INC | § | Case No. 06-17410 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GINA B. KROL _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IDES | | | | | |
| IDOR | | | | | |
| IRS | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T Wireless | | | | | |
| Anderson Digital Services | | | | | |
| Associated Business Equipment | | | | | |
| Autointermediates | | | | | |
| Capital One | | | | | |
| Cingular | | | | | |
| Corbis Images | | | | | |
| Covad | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Direct Industry . com | | | | | |
| Fort Dearborn Life Insurance | | | | | |
| Getty Images | | | | | |
| Global Com | | | | | |
| Graphic Arts Services | | | | | |
| Ink World | | | | | |
| Lightcraft Graphics | | | | | |
| M&J Wilkow | | | | | |
| Office Depot | | | | | |
| Orbus | | | | | |
| Paper Loop | | | | | |
| Penton Media Inc. | | | | | |
| Putnam Media | | | | | |
| Reed Business Information | | | | | |
| United Express Systems | | | | | |
| Virtual Press Office | | | | | |
| Westfield Companies | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CIT TECHNOLOGY FINANCING | | | | | |
| CORPORATE DISK COMPANY | | | | | |
| GARDNER PUBLICATIONS | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| THOMAS PUBLISHING COMPANY | | | | | |
| WILLIAM A. BLOINK | | | | | |
| CANON COMMUNICATIONS | | | | | |
| ELGIN PRINTING | | | | | |
| FEDERATION OF SOCIETIES FOR COATING | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

Case 06-17410 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Desc Main
Doc 34 Filed 12/27/10 Entered 12/27/10 15:46:08
ASSET CASES
Document Page 8 of 14

Page: 1

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 06-17410 | SQU | Judge: JOHN H. SQUIRES | | |
| Case Name: | AUGUST ASSOCIATES INC | | | | |

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 12/30/06 (f)
341(a) Meeting Date: 02/06/07
Claims Bar Date: 07/02/07

For Period Ending: 12/08/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. A/R | 0.00 | Unknown | | 6,047.00 | Unknown |
| 2. TAX REFUND (u) | 0.00 | 708.00 | | 708.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 66.05 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $708.00 | | $6,821.05 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will file tax returns, review claims and prepare final report

Initial Projected Date of Final Report (TFR): 03/31/08     Current Projected Date of Final Report (TFR): 12/31/10

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| | |
|---|---|
| Case No: | 06-17410 -SQU |
| Case Name: | AUGUST ASSOCIATES INC |
| Taxpayer ID No: | *******0144 |
| For Period Ending: | 12/08/10 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4338  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/01/07 | 1 | Frain Industries<br>9377 W. Grand Ave.<br>Franklin Park, IL 60131 | A/R<br>Account Receivable due Debtor | 1121-000 | 3,155.00 | | 3,155.00 |
| 02/07/07 | 1 | Frain Industries, Inc.<br>9377 W. Grand Ave.<br>Franklin Park, IL  60131 | | 1121-000 | 967.00 | | 4,122.00 |
| 02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 3.18 | 4,118.82 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.34 | | 4,121.16 |
| 03/05/07 | 1 | Frain Industuries | | 1121-000 | 1,925.00 | | 6,046.16 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.76 | | 6,050.92 |
| 04/23/07 | 2 | Internal Revenue Service | | 1224-000 | 708.00 | | 6,758.92 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.10 | | 6,764.02 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.74 | | 6,769.76 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.56 | | 6,775.32 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.76 | | 6,781.08 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.76 | | 6,786.84 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 4.31 | | 6,791.15 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 4.33 | | 6,795.48 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.63 | | 6,799.11 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 3.25 | | 6,802.36 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 2.70 | | 6,805.06 |
| 02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 6.40 | 6,798.66 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 1.62 | | 6,800.28 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.61 | | 6,801.89 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.39 | | 6,803.28 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.86 | | 6,804.14 |
| | | | Page Subtotals | | 6,813.72 | 9.58 | |

Document    Page 10 of 14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-17410 -SQU | | | | | |
|---|---|---|---|---|---|---|
| Case Name: | AUGUST ASSOCIATES INC | | | | | |

Taxpayer ID No:   *******0144
For Period Ending:   12/08/10

Trustee Name:   GINA B. KROL
Bank Name:   BANK OF AMERICA, N.A.
Account Number / CD #:   *******4338  BofA - Money Market Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.84 | | 6,804.98 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.86 | | 6,805.84 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.86 | | 6,806.70 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.84 | | 6,807.54 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.66 | | 6,808.20 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.55 | | 6,808.75 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 6,809.10 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,809.16 |
| 02/17/09 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 5.30 | 6,803.86 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,803.91 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,803.97 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,804.12 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,804.29 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,804.46 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,804.63 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,804.80 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,804.97 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,805.14 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,805.31 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,805.48 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,805.65 |
| 02/09/10 | 000304 | International Sureties Ltd. | BOND | 2300-000 | | 5.05 | 6,800.60 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,800.76 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,800.93 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,801.10 |

|  |  | Page Subtotals | | | 7.31 | 10.35 | |

**UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*

Ver: 15.20

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

| | | |
|---|---|---|
| Case No: | 06-17410  -SQU | |
| Case Name: | AUGUST ASSOCIATES INC | |
| | | |
| Taxpayer ID No: | *******0144 | |
| For Period Ending: | 12/08/10 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4338  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/04/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 6,801.12 |
| 05/04/10 | | Transfer to Acct #*******0134 | Final Posting Transfer | 9999-000 | | 6,801.12 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 6,821.05 | 6,821.05 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,801.12 | |
| Subtotal | 6,821.05 | 19.93 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,821.05 | 19.93 | |

| | | |
|---|---|---|
| Page Subtotals | 0.02 | 6,801.12 |

Ver: 15.20

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-17410 -SQU | | Trustee Name: | GINA B. KROL | Exhibit 9 |
|---|---|---|---|---|---|
| Case Name: | AUGUST ASSOCIATES INC | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | *******0134  BofA - Checking Account | |
| Taxpayer ID No: | *******0144 | | | | |
| For Period Ending: | 12/08/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 05/04/10 | | Transfer from Acct #*******4338 | Transfer In From MMA Account | 9999-000 | 6,801.12 | | 6,801.12 |
| | 05/04/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,432.05 | 5,369.07 |
| | 05/04/10 | 003002 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Claim 000009, Payment 100.00000% | 5800-000 | | 500.00 | 4,869.07 |
| | 05/04/10 | 003003 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | General Unsecured 726(a)(2) | 7100-000 | | 24.23 | 4,844.84 |
| | 05/04/10 | 003004 | CIT Technology Financing<br>Weltman, Weinberg and Reis, Co<br>175 S. Third St Suite 900<br>Columbus, OH 43215 | Claim 000001, Payment 4.84656% | 7100-000 | | 228.12 | 4,616.72 |
| * | 05/04/10 | 003005 | Elgin Printing<br>1436 Davis Road<br>Elgin, IL 60123 | Claim 000002, Payment 4.84642% | 7100-003 | | 219.24 | 4,397.48 |
| * | 05/04/10 | 003006 | Federation of Societies for Coating<br>492 Norristown Road<br>Blue Bell, PA 19422-2350 | Claim 000003, Payment 4.84655% | 7100-003 | | 103.36 | 4,294.12 |
| * | 05/04/10 | 003007 | Canon Communications<br>Dept. LA 22178<br>Pasadena, CA 91185-2178 | Claim 000004, Payment 4.84588% | 7100-003 | | 41.19 | 4,252.93 |
| | 05/04/10 | 003008 | William A. Bloink<br>1470 Cantigny Way<br>Wheaton, IL 60187 | Claim 000005, Payment 4.84645%<br>(5-1) Money loaned | 7100-000 | | 3,496.44 | 756.49 |
| | 05/04/10 | 003009 | Gardner Publications<br>6915 Valley Avenue<br>Cincinnati, OH 45244-3029 | Claim 000006, Payment 4.84664% | 7100-000 | | 115.35 | 641.14 |
| | 05/04/10 | 003010 | Corporate Disk Company<br>P.O. Box 88491 | Claim 000007, Payment 4.84630% | 7100-000 | | 137.49 | 503.65 |

| | Page Subtotals | 6,801.12 | 6,297.47 |
|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 06-17410 -SQU | | Trustee Name: | GINA B. KROL | |
| Case Name: | AUGUST ASSOCIATES INC | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | | | Account Number / CD #: | *******0134  BofA - Checking Account | |
| Taxpayer ID No: | *******0144 | | | | |
| For Period Ending: | 12/08/10 | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | 05/04/10 | 003011 | Chicago, IL 60680-1491<br>Thomas Publishing Company<br>Five Pen Plaza<br>New York, NY 10001 | Claim 000008, Payment 4.84652% | 7100-000 | | 503.65 | 0.00 |
| * | 09/23/10 | 003005 | Elgin Printing<br>1436 Davis Road<br>Elgin, IL 60123 | Claim 000002, Payment 4.84642% | 7100-003 | | -219.24 | 219.24 |
| * | 09/23/10 | 003006 | Federation of Societies for Coating<br>492 Norristown Road<br>Blue Bell, PA 19422-2350 | Claim 000003, Payment 4.84655% | 7100-003 | | -103.36 | 322.60 |
| * | 09/23/10 | 003007 | Canon Communications<br>Dept. LA 22178<br>Pasadena, CA 91185-2178 | Claim 000004, Payment 4.84588% | 7100-003 | | -41.19 | 363.79 |
| | 09/23/10 | 003012 | United States Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60604 | Claim 000002, Payment 4.84642% | 7100-001 | | 219.24 | 144.55 |
| | 09/23/10 | 003013 | United States Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60604 | Claim 000003, Payment 4.84655% | 7100-001 | | 103.36 | 41.19 |
| | 09/23/10 | 003014 | United States Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60604 | Claim 000004, Payment 4.84588% | 7100-001 | | 41.19 | 0.00 |

| Page Subtotals | 0.00 | 503.65 |
|---|---|---|

Ver: 15.20

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 06-17410 -SQU |
|---|---|
| Case Name: | AUGUST ASSOCIATES INC |
| Taxpayer ID No: | *******0144 |
| For Period Ending: | 12/08/10 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0134  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,801.12 | 6,801.12 | 0.00 |
| Less:  Bank Transfers/CD's | 6,801.12 | 0.00 | |
| Subtotal | 0.00 | 6,801.12 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,801.12 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******4338 | 6,821.05 | 19.93 | 0.00 |
| BofA - Checking Account - *******0134 | 0.00 | 6,801.12 | 0.00 |
| | 6,821.05 | 6,821.05 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: _____  Date: 12/08/10
/s/    GINA B. KROL
GINA B. KROL

**UST Form 101-7-TDR (9/1/2009)** *(Page: 14)*

Page Subtotals    0.00    0.00

Ver: 15.20

LFORM24